UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL CASTILLO, LUIS PEREZ JUAREZ, LUIS ARMANDO GALEAS, MANUEL DE JESUS CARRASCO, ROBERTO MENDOZA, ROQUE RODRIGUEZ, ERIN PACHEO, EDGAR MEJIA-ROSENDO, and VIRGILIO DE JESUS RAMOS BUSTILLO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> — against — <br><br> CFS CONSTRUCTION SPECIALISTS, INC., THOMAS SINDONE and GEORGE KURZ, as individuals, <br><br> Defendants. | 16-CV-2283 (ARR) <br><br> **Opinion & Order** <br><br> **Not for electronic or print publication** |

ROSS, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated July 19, 2019, from the Honorable Vera M. Scanlon, United States Magistrate Judge. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, the settlement agreement at ECF [31-1] is approved as fair and reasonable under *Cheeks*, with the division of funds to be made as described in plaintiffs' counsel's letter at ECF [31]. Further, the motion to dismiss at ECF [23] is found moot in light of the settlement. The Clerk of Court is directed enter judgment accordingly and close the case.

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated:  August 5, 2019
     Brooklyn, New York